UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW DYKSTRA, et al., *individually,*
*and as next friend of* C.D.,

    Plaintiffs,    Case No. 1:19-cv-96

v.    HON. JANET T. NEFF

SPIGEL PROPERTIES, INC., et al.,

    Defendants.
_____/

## ORDER

Pending before the Court is the parties' Joint Notice of Settlement and Revised Motion to Approve Settlement Agreement and Release (ECF No. 19).  The Court having reviewed the Revised Motion, the parties' previous filings concerning the settlement, including the Joint Notice of Settlement and Motion to Approve Settlement Agreement and Release and Proposed Order Approving Settlement Agreement and Release (ECF Nos. 13, 13-1), the Court has determined that the Settlement Agreement is fair and in the best interest of the minor, C.D. and the Revised Motion is properly granted.

Therefore:

**IT IS HEREBY ORDERED** the Joint Notice of Settlement and Revised Motion to Approve Settlement Agreement and Release (ECF No. 19) is GRANTED.

**IT IS FURTHER ORDERED** that this Order is a final Order closing this case.


Dated:  June 4, 2019    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge